**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20092-CR-BECERRA**

**UNITED STATES OF AMERICA**

**v.**

**JESUS ALBERTO SALCEDO-PEREZ,**

**Defendant.**

_______________________________________/

## FACTUAL PROFFER

Defendant, JESUS ALBERTO SALCEDO-PEREZ (hereinafter referred to as "SALCEDO-PEREZ"), his counsel, and the United States, agree that had this case proceeded to trial, the United States would have proven beyond a reasonable doubt, the following facts pertaining to the conspiracy to import five kilograms or more of cocaine into the United States, in violation of Title 21, United States Code, Sections 952(a) and 963.

DEA agents working an investigation into the trafficking route between the Dominican Republic and South Florida had information regarding numerous vessels being utilized to carry multi-hundred kilo loads of cocaine into South Floria.

Specifically, the following loads are tied to the conspiracy:

In Mid-2023, approximately 1,600 kilograms of cocaine was brought into South Florida aboard the M/V the Mysterry

In December 2024, the M/V Maple Leaf was utilized to bring in approximately 900 kilograms of cocaine into South Florida.

In July and August 2025, the M/V Daviniki was utilized to bring in approximately 1.000 kilograms of cocaine into South Florida. The Daviniki is registered to defendant SALCEDO-

PEREZ who was aboard the Daviniki when it retrieved cocaine from a fishing vessel during an at-sea transfer off the coast of the Turks and Caicos.

After the August 2025 arrival of the cocaine aboard the Daviniki, SALCEDO-PEREZ assisted in unloading the duffle bags of cocaine into a white van which SALCEDO-PEREZ and co-defendant Andy Mercedes Hernandez drove to a stash location. At the stash location, SALCEDO-PEREZ and other co-defendants repackaged the cocaine for distribution.

The total amount of cocaine imported into South Florida was well over 2,500 kilograms worth in excess of $31,000,000.

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Date: 8/6/24 By: ______________________
LYNN M. KIRKPATRICK
ASSISTANT UNITED STATES ATTORNEY

Date: 8/6/26 By: ______________________
MARC SEITLES, ESQ.
ATTORNEY FOR THE DEFENDANT

Date: 8/6/26 By: ______________________
JESUS ALBERTO SALCEDRO PEREZ
DEFENDANT